UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID GRIMALDI, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 1:16-CV-00519-S-PAS |
| v. | : | |
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ALIAS, CALIBER HOME LOANS, INC., | : | |
| Defendants. | : | |

### AFFIDAVIT OF CLIFF DUNNAM

I, Cliff Dunnam, hereby state the following based on my personal knowledge:

1. I am a Default Servicing Officer for defendant Caliber Home Loans, Inc. ("Caliber"), servicer on behalf of defendant U.S. Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank," and together with Caliber, "Defendants").

2. On October 25, 2017, on behalf of the Defendants, I appeared in person at 19 South Glen Drive, Coventry, Rhode Island 02816 (the "Property") at approximately 9:45am EST for the purpose of conducting a face-to-face interview with David Grimaldi ("Grimaldi").

3. I knocked loudly at the front door of the Property, and rang the doorbell. I waited several minutes, then rang the doorbell a second time.

4. No one answered the door, however, and I saw no sign that anyone was at the Property.

5. Before leaving, I left a letter in the mailbox at the Property, a true and accurate copy of which is attached hereto as **Exhibit A.**

-2-

    I, Cliff Dunnam, hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: October 30, 2017

                                                /s/ Cliff Dunnam
                                                  Cliff Dunnam