

BOSTON    CONNECTICUT    FLORIDA    NEW JERSEY    NEW YORK    WASHINGTON, DC

**JOSEPH K. SCULLY**
Attorney at Law

242 Trumbull Street
Hartford, CT 06103-1212
T: (860) 275-0135 F: (860) 881-2478
jkscully@daypitney.com

October 20, 2017

**VIA FIRST CLASS MAIL AND EMAIL**

David Grimaldi
c/o John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

>   Re:   *David Grimaldi v. US Bank National Association, as Trustee for LSF9 Master Participation Trust, et al.*
>   **Civil Action No. 16-cv-00519-S-PAS**
>   **Property:  19 South Glen River Drive, Coventry, RI 02816**
>   **Loan No.:  9803674515**

**REQUEST FOR FACE-TO-FACE INTERVIEW PURSUANT TO 24 CFR 203.604**

Dear Mr. Grimaldi:

Our firm represents U.S. Bank, N.A., as Trustee for LSF 9 Master Participation Trust ("U.S. Bank") and Caliber Home Loans, Inc. ("Caliber," and together with U.S. Bank, the "Defendants") in connection with the above-referenced loan ("Loan") and dispute.

As we previously advised your attorney, John Ennis, Caliber will be sending a representative to 19 South Glen River Drive, Coventry, Rhode Island to see you at the mortgaged property on October 25, 2017 between 9:00 am and 12:00 pm.

**We are delivering this letter through your attorney, John Ennis, and requesting that Attorney Ennis let us know if he has any objection to Caliber's representative leaving a copy of this letter with you or at your property when they visit the property on Wednesday, October 25, 2017.  We ask that Attorney Ennis let us know by the close of business on Monday, October 23, 2017, if he has any objection to Caliber delivering a copy of this letter to the property.  If we do not hear from him by that time, then we understand that he consents to Caliber delivering a copy of this letter to the property.**

We previously tried to reach you to resolve the dispute between you and the Defendants in connection with the Loan. Defendants are providing you with a settlement demand contemporaneously with this letter.

Please consult with Attorney Ennis and advise the Caliber Representative if you accept this offer or if you have a counter-demand. The Caliber Representative has the authority to discuss any counter-demand that you might make.

If you are not at the Property or unable to consult with Attorney Ennis at the time the Caliber Representative delivers this letter, the Defendants through their counsel are prepared to attend a another face-to-face meeting with you and Attorney Ennis to discuss the Loan and above-referenced dispute, in compliance with 24 CFR 203.604. Caliber's representative will be available by telephone to participate in this subsequent meeting. In that regard, we suggest that the meeting take place at Attorney Ennis' office on any of the following days between the hours of 10 a.m. and 12 noon: Thursday, October 26th, or Friday, October 27th. Please ask your attorney to instruct us no later than the close of business today whether you would like to have a second face-to-face meeting and, if so, during what time of the dates set forth above.

Thank you for your attention to this matter.

Very truly yours,

Joseph K. Scully

JKS/kk

cc: John B. Ennis, Esq.

**DAY PITNEY LLP**

We previously tried to reach you to resolve the dispute between you and the Defendants in connection with the Loan. Defendants are providing you with a settlement demand contemporaneously with this letter.

Please consult with Attorney Ennis and advise the Caliber Representative if you accept this offer or if you have a counter-demand. The Caliber Representative has the authority to discuss any counter-demand that you might make.

If you are not at the Property or unable to consult with Attorney Ennis at the time the Caliber Representative delivers this letter, the Defendants through their counsel are prepared to attend a another face-to-face meeting with you and Attorney Ennis to discuss the Loan and above-referenced dispute, in compliance with 24 CFR 203.604. Caliber's representative will be available by telephone to participate in this subsequent meeting. In that regard, we suggest that the meeting take place at Attorney Ennis' office on any of the following days between the hours of 10 a.m. and 12 noon: Thursday, October 26th, or Friday, October 27th. Please ask your attorney to instruct us no later than the close of business today whether you would like to have a second face-to-face meeting and, if so, during what time of the dates set forth above.

Thank you for your attention to this matter.

Very truly yours,

*[signature]*

Joseph K. Scully

JKS/kk

cc: John B. Ennis, Esq.

*[Handwritten note:]* Cliff Dunnam / Caliber Home Loans / 9:45AM 10-25-17

*[Business card:]*
**CALIBER HOME LOANS**
CALIBER HOME LOANS, INC.
**Cliff Dunnam**
Default Servicing Officer
D: 214-687-3196  C:
Cliff.Dunnam@caliberhomeloans.com
3701 Regent Blvd.
Irving, TX 75063
www.CaliberHomeLoans.com / CHL#15622